IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| | : | NO. 25-183-GAW-2 |
| | : | |
| TYLER NICHOLS (2) | : | |

## ORDER

AND NOW, this 16th day of December, 2025 upon consideration of motions filed by Defendant Tyler Nichols's and any oppositions thereto, it is hereby ORDERED that:

1. The Motion for a *Franks* hearing (Dkt. #61) is DENIED;[1]

2. The Motion to Suppress Cell Phone Data (Dkt. #62) is DENIED;[2]

3. The Motion to Suppress Portions of Co-Defendant's Statement is GRANTED by agreement;

   a. The Government shall provide a redacted draft statement to defense counsel no later than December 23, 2025.
   b. Should the parties be unable to resolve any objections to the redacted statement as drafted, Defendant Nichols may request a conference to address any objection.
   c. The Government is granted leave to move for reconsideration if circumstances change such that Defendant Williams might be properly cross-examined with this statement at trial.

---

[1] At oral argument, Defendant Nichols appeared to be generally arguing that because the evidence obtained from his co-Defendant's cell phone was improperly obtained, there was something wrong with the warrants issued against him in this case. This Court has found no case law in support of that argument, and therefore a hearing is not required.

[2] This Court addresses this Motion at greater length in an accompanying Memorandum Opinion.

4. The Motion to Seal (Dkt. #64) is GRANTED, as unopposed.

BY THE COURT:

_____
GAIL A. WEILHEIMER       J.
